IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES E. RICKS, JR.                                                                                    PLAINTIFF
ADC #116011

V.                                    NO.  5:08cv00055 WRW-JWC

ED ADAMS, et al                                                                                       DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition received from Magistrate Judge Jerry Cavaneau and the objections filed in response, and has further reviewed the relevant record de novo. The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, the Clerk of the Court is directed to note the addition of Defendants Hurst, Royal and Randle as parties to this action. Plaintiff's case against Defendants Adams, Jackson, and Hunter is dismissed without prejudice. Plaintiff's case against Defendants King, Hurst, Royal, and Randle shall proceed at this time.

Service is now appropriate. The Clerk is directed to prepare a summons for Defendants King and Hurst, directed to the Compliance Office of the Arkansas Department of Corrections. The Clerk is also directed to prepare a summons for Defendants Royal and Randle, directed to Humphries and Lewis law firm. The United States Marshal is directed to serve a copy of the original and amended complaints with any attachments (docket entries #2, #8), and a summons for each Defendant without prepayment of fees and costs or security therefor. Should any Defendant need copies of other filed documents, they are available from the Clerk's office or may be accessed through the PACER system for the United States District Court.

IT IS SO ORDERED this 13th day of May, 2008.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE